UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS COPELAND, | Case No.: 11-CV-01296-LHK |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| CHUBB & SON LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

Pursuant to the Civil Local Rules and this Court's standing orders, the parties were required to file a joint case management statement by January 4, 2012. As of January 6, 2012, the parties had not filed a joint case management statement. The parties are hereby ordered to file a joint case management statement by 5:00 p.m. on Monday, January 9, 2012.

**IT IS SO ORDERED.**

Dated: January 6, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge