UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS COPELAND, ) | Case No.: 11-CV-01296-LHK |
| ) | |
| Plaintiff, ) | ORDER RE: STIPULATION OF |
| v. ) | DISMISSAL |
| ) | |
| CHUBB & SON LONG TERM DISABILITY ) | |
| PLAN; METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

On January 25, 2012, the parties notified the Court that they have agreed to settle this action pending execution of a settlement agreement and stipulation of dismissal. The parties requested 30 days from the date of their notice to file their stipulation and that the Court vacate the February 9, 2012 deadline for Plaintiff to file his motion for attorney's fees and all other matters remaining on calendar. Good cause being shown, the Court GRANTS the requested relief, VACATES the February 9, 2012, deadline, and ORDERS the parties to file their stipulation of dismissal, with prejudice, by 5:00 p.m. on February 24, 2012.

**IT IS SO ORDERED.**

Dated: January 26, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-1296-LHK
ORDER RE: STIPULATION OF DISMISSAL