1  LAW OFFICE OF SILVER & TAUBE
   MELVYN D. SILVER  Bar No. 48674
2  RUTH SILVER TAUBE  Bar No. 169589
   1339 Pauline Drive
3  Sunnyvale, CA  94087
   Telephone:     (408) 737-2313
4  Facsimile:      (408) 737-2937
   mdsrst@cs.com
5
   Attorneys for Plaintiff
6  CHRIS COPELAND

7  REBECCA A. HULL  Bar No. 99802
   rebecca.hull@sedgwicklaw.com
8  ERIN A. CORNELL  Bar No. 227135
   erin.cornell@sedgwicklaw.com
9  SEDGWICK LLP
   333 Bush Street, 30th Floor
10 San Francisco, CA  94104-2834
   Telephone:     (415) 781-7900
11 Facsimile:      (415) 781-2635

12 Attorneys for Defendants
   CHUBB & SON LONG TERM DISABILITY
13 PLAN, METROPOLITAN LIFE INSURANCE
   COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRIS COPELAND, | Case No. 5:11-cv-01296-LHK |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CHUBB & SON LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

SF/2657301v1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1   IT IS HEREBY STIPULATED by and between the parties to this action that the above-
2 captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the
3 Federal Rules of Civil Procedure, and that each party shall bear his or its own costs and
4 attorneys' fees.

5   **IT IS SO STIPULATED.**

6

7 DATED:  February 7, 2012        LAW OFFICE OF SILVER & TAUBE

8

9                                 By: /s/ Melvyn D. Silver (as authorized on February 7, 2012)
                                       Melvyn D. Silver
10                                     Ruth Silver Taube
                                       Attorneys for Plaintiff
11                                     CHRIS COPELAND

12 DATED:  February 15, 2012       SEDGWICK LLP

13

14                                By: /s/ Erin A. Cornell
                                       Rebecca A. Hull
15                                     Erin A. Cornell
                                       Attorneys for Defendants
16                                     CHUBB & SON LONG TERM DISABILITY
                                       PLAN, METROPOLITAN LIFE INSURANCE
17                                     COMPANY

18

19                              **ORDER**

20 Pursuant to the stipulation of the parties, the above-captioned action is dismissed with
prejudice.  The Clerk shall close the file.

21 **IT IS SO ORDERED.**

22 DATED:  February 17, 2012

23                                _Lucy H. Koh_
                                  _____
24                                HONORABLE LUCY H. KOH

25

26

27

28